PATRICK FISHER

vs.

BAE SYSTEMS TECHNOLOGY SOLUTIONS & SERVICES INC.

Civil No. 8:23-cv-00225-AAQ                                     Plaintiff's Exhibits

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Defendant's Responses to Plaintiff's Requests for Admission |
| 2 | | | | Defendant's Answers to Plaintiff's First Interrogatories |
| 3 | | | | Defendant's Amended Answers to Plaintiff's First Interrogatories |
| 4 | 12/9/2025 | 12/9/2025 | | US DOL Overtime Pay on SCA Contracts |
| 5 | 12/9/2025 | 12/9/2025 | | Patrick Fisher Resume |
| 6 | 12/9/2025 | 12/9/2025 | | Fisher Performance Reviews 2019 (partial), 2020, 2021 (mid-year) |
| 7 | 12/9/2025 | 12/9/2025 | | BAE Engineering Technician/Technician IV Job Description |
| 8 | 12/9/2025 | 12/9/2025 | T. Goodell | BAE Code of Conduct |
| 9 | 12/9/2025 | 12/9/2025 | | BAE Investigations Policy |
| 10 | 12/9/2025 | 12/9/2025 | | BAE Ethics Policy (No. 201) |
| 11 | 12/9/2025 | 12/9/2025 | | BAE Time Collection Policy (No. 309) |
| 12 | | | | Joint Travel Regulations |
| 13 | 12/9/2025 | 12/9/2025 | | BAE Standards of Conduct and Corrective Action Policy (No. 100) |
| 14 | 12/9/2025 | 12/9/2025 | | Service Contract N00042120D0003P00015 |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 15 | 12/9/2025 | 12/9/2025 | | BAE Ethics Minute Email 01/21/2021 |
| 16 | 12/9/2025 | 12/9/2025 | | Fisher-Smythe Text Message Thread |
| 17 | 12/9/2025 | 12/9/2025 | | BAE Certificate of Appreciation to Fisher |
| 18 | | | | Fisher-Konopka Text Message Thread |
| 19 | 12/9/2025 | 12/9/2025 | | BAE Ethics Minute Email 09/27/2021 |
| 20 | 12/9/2025 | 12/9/2025 | | BAE Business Travel Policy (No. 308) |
| 21 | 12/9/2025 | 12/9/2025 | | BAE Ethics Minute Email 03/14/2022 |
| 22 | 12/9/2025 | 12/9/2025 | | Email re: approved OT on DDG-85 |
| 23 | 12/9/2025 | 12/9/2025 | | Email re: justification for OT? |
| 24 | 12/9/2025 | 12/9/2025 | | Email re: Sample Assessment Daily Schedule and OT Policy |
| 25 | 12/9/2025 | 12/9/2025 | | Email re: Underway Timekeeping |
| 26 | 12/10/2025 | 12/10/2025 | P. Fisher | Email re: BAE Travel Policy Inquiry |
| 27 | 12/9/2025 | 12/9/2025 | | Email re: Communication Protocol |
| 28 | 12/9/2025 | 12/9/2025 | | Email re: Topics of Discussion for Our Meeting |
| 29 | 12/9/2025 | 12/9/2025 | | Email FW re: Topics of Discussion for Our Meeting |
| 30 | 12/9/2025 | 12/9/2025 | | Email re: Employee Discussion - Patrick Fisher |
| 31 | 12/11/2025 | 12/11/2025 | T. Goodell | Email re: Policies - Patrick Fisher |
| 32 | 12/10/2025 | 12/10/2025 | M. Getty | Email re: SCA Wage Question |
| 33 | 12/11/2025 | 12/11/2025 | T. Goodell | Email re: Patrick Fisher with attachment RE_Contract.msg |
| 34 | 12/9/2025 | 12/9/2025 | J. Nestor | Email re: Contract |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 35 | 12/9/2025 | 12/9/2025 | J. Smythe | Email re: Questions for BAE Systems |
| 36 | 12/9/2025 | 12/9/2025 | | Fisher's Discussion Topics 2022-08-09 attached to email re Questions for BAE Systems |
| 37 | 12/11/2025 | 12/11/2025 | T. Goodell | Email re: Compensation Case HRC0085633 has been assigned to you |
| 38 | 12/9/2025 | 12/9/2025 | | Email re: Strategy Discussion - Patrick Fisher |
| 39 | 12/9/2025 | 12/9/2025 | | Email re: reply from Congressman Hoyer |
| 40 | 12/9/2025 | 12/9/2025 | | Email re: HR Issues/Clarity of Compensation Projects, Patrick Fisher |
| 41 | 12/10/2025 | 12/10/2025 | P. Fisher | Email re: HR Ticket HRC0090984 |
| 42 | | | | Email re: approve travel and OT for DDG 81 |
| 43 | 12/9/2025 | 12/9/2025 | | Meeting re: Compensation While Underway (Patrick Fisher) |
| 44 | 12/9/2025 | 12/9/2025 | | Email re: Billable Hours While Underway |
| 45 | 12/9/2025 | 12/9/2025 | | Scheduling notice re: Compensation While Underway |
| 46 | 12/9/2025 | 12/9/2025 | | Email re: Declined Conversation of Understanding - Patrick Fisher |
| 47 | 12/9/2025 | 12/9/2025 | | Email re: HR Compensation Case HRC0090984 -- work notes added |
| 48 | 12/9/2025 | 12/9/2025 | | Email re: Response to Questions Email thread from 10/17 – 11/15 |
| 49 | 12/9/2025 | 12/9/2025 | | Scheduling notice: Conversation Understanding- Patrick Fisher |
| 50 | | | | Email re: OT for DDG 55 |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 51 | 12/9/2025 | 12/9/2025 | | Email re: accepting Fisher PTO request for 12/22/20222 to 12/24/2022 |
| 52 | 12/9/2025 | 12/9/2025 | | Email re: FW: FW: Responses to questions |
| 53 | 12/9/2025 | 12/9/2025 | | Email re: IM Conversation |
| 54 | 12/9/2025 | 12/9/2025 | | Email re: FW: FW: Response to questions |
| 55 | 12/9/2025 | 12/9/2025 | | Resource Schedule (native format) |
| 56 | 12/9/2025 | 12/9/2025 | J. Nestor | Email re: Questions to BAE Systems and DOD (2022-11-16) |
| 57 | 12/9/2025 | 12/9/2025 | | Attachment: Questions to BAE Systems and DoD |
| 58 | 12/9/2025 | 12/9/2025 | | Email re: RE: Re: CVN 73 Support |
| 59 | 12/9/2025 | 12/9/2025 | J. Nestor | Email re: RE: RE: CVN 73 Support (Nestor) |
| 60 | 12/9/2025 | 12/9/2025 | | Email re: Fisher Patrick Written Warning |
| 61 | 12/9/2025 | 12/9/2025 | | Email re: Written Warning |
| 62 | 12/9/2025 | 12/9/2025 | | Email re: CVN 73 Support |
| 63 | 12/9/2025 | 12/9/2025 | J. Smythe | Minutes of 11/21/2022 Meeting between Getty and Fisher (taken by Smythe) |
| 64 | 12/9/2025 | 12/9/2025 | | Email re: RE: RE CVN 73 |
| 65 | 12/9/2025 | 12/9/2025 | | Email re: RE: RE: CVN 73 |
| 66 | 12/9/2025 | 12/9/2025 | | Email re: Request for Approval to Terminate Patrick Fisher |
| 67 | 12/9/2025 | 12/9/2025 | | Email re: Patrick Fisher HRC0116650 |
| 68 | 12/11/2025 | 12/11/2025 | P. Fisher | Attachment to HR Memo: Patrick Fisher Summary including Timeline Request to BAE HR |
| 69 | | | | Fisher Travel Report 2020-2022 |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 70 | 12/9/2025 | 12/9/2025 | | Letter of Termination |
| 71 | 12/9/2025 | 12/9/2025 | | Email re: Patrick Fisher |
| 72 | 12/9/2025 | 12/9/2025 | | Calendar Request re: Commissioning for Friend |
| 73 | 12/9/2025 | 12/9/2025 | | Memorandum of Warning |
| 74 | 12/9/2025 | 12/9/2025 | | BAE Offer Letter to Fisher to be Engineering Tech II |