IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICK FISHER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 8:23-CV-00225-AAQ |
| BAE SYSTEMS TECHNOLOGY SOLUTIONS & SERVICES, INC. | ) |
| Defendant. | ) |

## DEFENDANT'S EXHIBITS

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 12/9/2025 | 12/9/2025 | | Memorandum of Warning (DEF00001) |
| 2 | 12/9/2025 | 12/9/2025 | | Standards of Conduct and Corrective Action - Number 100 (DEF00138-142) |
| 3 | 12/9/2025 | 12/9/2025 | | Policy 309_Time Collection (DEF00149-159) |
| 4 | | | | M. Demar Email - ***F/I****(Getty) - OT Approved - DDG 86 OVT U/W - 9-14 Nov 2020, San Diego CA - Patrick Fisher - 10-23-2020 (DEF00985-986) |
| 5 | | | | T. Tran Email - ***F/I****(Getty) - OT Approved - LCS 23 AT - 6-11 Dec 2020, Marinette WI - P Fisher - 12-04-2020 (DEF00987-989) |
| 6 | | | | T. Tran Email - ***F/I****(Getty) - OT/Extended Approved - LCS 17 FCT - 16-20 Aug 2021, Mayport FL - P Fisher - 08-12-2021 (DEF00990- |

322269168v.2

| | | | | |
|---|---|---|---|---|
| | | | | 991) |
| 7 | 12/9/2025 | 12/9/2025 | | Financial Policy 308: Business Travel (DEF01210-1226) |
| 8 | | | | March 29, 2022 Resource Center Ticket Form (FISHER000001-6) |
| 9 | 12/9/2025 | 12/9/2025 | | ***F/A*** (Getty) - OT Approved - DDG 85 OVT, 20 - 27 May 2022, San Diego CA - P Fisher - 05-03-2022 (DEF00523-527) |
| 10 | 12/9/2025 | 12/9/2025 | | J. Tuemier Email - ***F/A*** (Getty) - OT Approved - DDG 85 OVT, 20 - 27 May 2022, San Diego CA - P Fisher - 05-03-2022 (DEF00528-531) |
| 11 | 12/9/2025 | 12/9/2025 | | J. Smythe Email - RE: Sample Assessment Daily Schedule and OT Policy (DEF00440-447) |
| 12 | 12/9/2025 | 12/9/2025 | | J. Smythe Email - RE: Sample Assessment Daily Schedule and OT Policy (FISHER000007-14) |
| 13 | 12/9/2025 | 12/9/2025 | | M. Getty Email - Re:Re:BAE Systems Travel Policy Inquiry (w/o attachment) (DEF01000-1009) |
| 14 | | | | WITHDRAWN AS DUPLICATE |
| 15 | 12/9/2025 | 12/9/2025 | | M. Getty Email - RE: BAE Systems Travel Policy Inquiry (Fisher0000028-32) |
| 16 | 12/9/2025 | 12/9/2025 | | M. Getty Email - URL Verdict Neutral Non DoD Source Re BAE Systems Travel Policy (Fisher0000036-37) |
| 17 | | | | P. Fisher Email - RE:RE: Japan Travel Update (DEF01227-1232) |
| 18 | 12/9/2025 | 12/9/2025 | | P. Fisher Email - Re: Communication Protocol |

322269168v.2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | (DEF00551-553) |
| 19 |  |  |  | J. Nestor Email - FW: Travel Policy 308 (Fisher0000038) |
| 20 | 12/9/2025 | 12/9/2025 |  | P. Fisher Email - Non DoD Source Fw Travel Policy 308 (Fisher0000033-35) |
| 21 | 12/9/2025 | 12/9/2025 |  | S. Enright Email - Your Feedback on Expense Reporting Inquiry CASE0044444 (Fisher0000040) |
| 22 | 12/9/2025 | 12/9/2025 |  | Email re: Finance Case CASE0044570 (Fisher0000043) |
| 23 | 12/9/2025 | 12/9/2025 |  | Email Re: Re: Joint Travel Regulations (DEF01238-1239) |
| 24 | 12/11/2025 | 12/11/2025 | P. Fisher | P. Fisher Email - FW: Request For Accommodation _ Business Class Airfare (DEF01240-1241) |
| 25 |  |  |  | Email Re:Re: Question - Medical Upgrades (DEF01252-1253) |
| 26 |  |  |  | FW: FW: Request for Accommodation (DEF01277-1280) |
| 27 | 12/9/2025 | 12/9/2025 |  | T. Goodell Email - FW:FW: Topics of Discussion for Our Meeting (w/attachment) (DEF01260-1263) |
| 28 | 12/9/2025 | 12/9/2025 |  | J. Nestor Email - Re:Re: Topics of Discussion for Our Meeting (DEF01254-1256) |
| 29 |  |  |  | T. Tran Email - FW:FW: LPD 20 CSLO Groom - Request for Accommodation - Sasebo, Japan - 13-20 August 2022 -P. Fisher (DEF01307-1310) |
| 30 |  |  |  | WITHDRAWN AS DUPLICATE |
| 31 |  |  |  | J. Smythe Email - LPD 20 CSLO Groom - Request for Accommodation - Sasebo, Japan - |

322269168v.2

|  |  |  |  |  | 13-20 August 2022 - P. Fisher (DEF01305-1306) |
|---|---|---|---|---|---|
| 32 | 12/9/2025 | 12/9/2025 |  |  | P. Fisher Email - Questions for BAE Systems (DEF001324-26) |
| 33 | 12/9/2025 | 12/9/2025 |  |  | T. Goodell Email - RE:RE: Promotion History (DEF01320-1321) |
| 34 | 12/9/2025 | 12/9/2025 |  |  | J. Nestor Email - RE:RE: Airfare Considerations WRT Legroom (DEF01327-1328) |
| 35 |  |  |  |  | WITHDRAWN AS DUPLICATE |
| 36 |  |  |  |  | J. Nestor Email - FW:FW: Airfare Considerations WRT Legroom (DEF01318-1319) |
| 37 |  |  |  |  | P. Fisher Email - RE:RE: Airfare Considerations WRT Legroom (DEF01341-42) |
| 38 |  |  |  |  | P. Fisher Emails: Reject: HRC0085633 (DEF01368-70) |
| 39 | 12/9/2025 | 12/9/2025 |  |  | Airfare Considerations WRT Legroom (FISHER0000044-46) |
| 40 | 12/9/2025 | 12/9/2025 |  |  | Text Communication with Dutch Van de Vivjer, Thomas Herriman and Johnny Smythe (FISHER0000572-575) |
| 41 |  |  |  |  | T. Tran Email - P. Fisher - DDG 68 ALOA - Request for Accommodation (DEF01362-1363) |
| 42 | 12/9/2025 | 12/9/2025 |  |  | Message from Congressman Hoyer Inquiry Transfer Notice (Intranet Quorum IMA00353351) (FISHER0000050-51) |
| 43 | 12/9/2025 | 12/9/2025 |  |  | R/A Richardson Approve Travel & Overtime for Fisher & Norris to DDG 81 (FISHER0000055-58) |

322269168v.2

| 44 | 12/9/2025 | 12/9/2025 | | R/A Richardson Approve Travel & Overtime for Fisher & Norris to DDG 81 (FISHER0000425-428) |
| --- | --- | --- | --- | --- |
| 45 | | | | J. Smythe Email - FW:FW: Government Compliance Inquiry (DEF01401-1402) |
| 46 | 12/9/2025 | 12/9/2025 | | T. Goodell Email - RE:RE: Declined: Conversation Understanding - Patrick Fisher (DEF01407-1409) |
| 47 | 12/9/2025 | 12/9/2025 | | P. Fisher Email - Declined: Conversation Understanding - Patrick Fisher (DEF01412-1414) |
| 48 | 12/9/2025 | 12/9/2025 | | T. Goodell Email - HR Compensation Case HRC0090984 -- work notes added (DEF01415-1416) |
| 49 | 12/9/2025 | 12/9/2025 | | P. Fisher Email - OT for DDG 55 (DEF01423-1424) |
| 50 | | | | T. Kilgore Email: RE:Re: CVN 73 taking (DEF01419-1422) |
| 51 | | | | W. Snight Email - RE:RE: Maritime Solutions Travel Request #1251 for Patrick Fisher (DEF01425-1426) |
| 52 | 12/11/2025 | 12/11/2025 | P. Fisher | Text Exchange with Jack Reed (FISHER0000592-595) |
| 53 | 12/9/2025 | 12/9/2025 | | R. Sexton Email - RE:RE: Response to questions (w/attachments) (DEF00454-483) |
| 54 | 12/9/2025 | 12/9/2025 | | Text Exchange with Mark Barnum and Bart Dobers (FISHER0000795) |
| 55 | | | | WITHDRAWN |
| 56 | 12/9/2025 | 12/9/2025 | | Response to Questions (FISHER0000438-445) |
| 57 | 12/11/2025 | 12/11/2025 | P. Fisher | Email Re:Re: Questions to Government Compliance |

322269168v.2

| | | | | |
|---|---|---|---|---|
| | | | | (DEF00556-557) |
| 58 | 12/9/2025 | 12/9/2025 | | J. Van De Vijver Email - RE:RE: Resource Schedule 10/05/22 (DEF00547-550) |
| 59 | 12/9/2025 | 12/9/2025 | | P. Fisher Email - RE: CVN 73 Support (DEF00574-579) |
| 60 | | | | WITHDRAWN AS DUPLICATE |
| 61 | | | | WITHDRAWN AS DUPLICATE |
| 62 | | | | WITHDRAWN AS DUPLICATE |
| 63 | | | | EXHIBIT NUMBER NOT USED |
| 64 | 12/9/2025 | 12/9/2025 | | R. Bazzarre Email - RE:RE: CVN 73 Support (DEF01459-1463) |
| 65 | 12/9/2025 | 12/9/2025 | | P. Fisher Email - Re: Written Warning (FISHER0000083-84) |
| 66 | 12/9/2025 | 12/9/2025 | | P. Fisher Email - Re:RE: CVN 73 (DEF00585-587) |
| 67 | 12/9/2025 | 12/9/2025 | | M. Getty Email - CVN 73 (DEF00588) |
| 68 | 12/9/2025 | 12/9/2025 | | T. Goodell Email - Attorney Client Privilege- Request For Approval to Terminate - Patrick Fisher (DEF01467-1469) |
| 69 | | | | Transcript of Recorded Meeting with Patrick Fisher, Johny Smythe, Dutch Van de Vijver and Mike Getty November 21st 2022 Approximately 3 30 PM (FISHER0000487-520) |
| 70 | | | | WITHDRAWN |
| 71 | 12/9/2025 | 12/9/2025 | | Patrick Fisher - Termination Letter - 11.22.2022 (DEF00002) |
| 72 | 12/9/2025 | 12/9/2025 | | P. Fisher Email - RE: CVN 73 (FISHER0000085-86) |

6

322269168v.2

| | | | | |
|---|---|---|---|---|
| 73 | | | | Re: San Francisco Mint Supervisor Job (Fisher0001404-1405) |
| 74 | | | | P. Fisher Email - Re: Office of Congressman Steny H Hoyer (Intranet Quorum IMA0353351) (Fisher0001302-1304) |
| 75 | 12/11/2025 | 12/11/2025 | P. Fisher | Tentative Job Offer for Program Specialist GS-0301-11 (NV-23MAREALZNV6041145538866) (FISHER0001375-1376) |
| 76 | 12/11/2025 | 12/11/2025 | P. Fisher | Non-DoD Source Program Specialist GS-0301-11 with Commander Littoral Combat Squadron Two (FISHER0001377-1378) |
| 77 | | | | Directions for Submitting Superior Qualifications Justification (FISHER0001379) |
| 78 | | | | Non-DoD Source Re Potential OSIC in San Diego (FISHER0001353-1355) |
| 79 | | | | Program Specialist (C5I) GS-0301-11 (FISHER0001382) |
| 80 | | | | Onboarding Credentials Registered Successfully (FISHER0001383) |
| 81 | 12/11/2025 | 12/11/2025 | P. Fisher | Communications with HIIs Mission Technologies regarding employment offer (FISHER0001331-1352) |
| 82 | 12/9/2025 | 12/9/2025 | | Typed Statement of Patrick Fisher (FISHER0000209-211) |
| 83 | | | | Plaintiff's Answers to BAE's First Set of Interrogatories |
| 84 | | | | Plaintiff's Supplemental Answers to BAE's First Set of Interrogatories |
| 85 | | | | Plaintiff's Answers to BAE's Second Set of Interrogatories |

322269168v.2

| | | | | |
|---|---|---|---|---|
| 86 | | | | Plaintiff's Amended Answers to BAE's Second Set of Interrogatories |
| 87 | 12/9/2025 | 12/9/2025 | | November 9-11, 2020 Trip Report and Time Sheet (DEF00963-964; 00966; 00805-00806) |
| 88 | 12/9/2025 | 12/9/2025 | | August 15-20, 2021 Trip Report and Time Sheet (DEF00943-00944; 00725-726) |
| 89 | 12/9/2025 | 12/9/2025 | | October 23-November 10, 2022 Trip Report and Time Sheets (DEF00967-00968; 00984, 00597-00600) |
| 90 | | | | Memorandum regarding Termination of Employment of Robert Badger (DEF1620) |
| 91 | | | | L. Konopka Email re: Resignation (DEF 1621) |
| 92 | | | | Arlene Valencia Email re: Two Weeks' Notice (DEF1622) |
| 93 | | | | Letter of Termination re: Jannis Van De Vivjer (DEF1623-1624) |
| 94 | | | | Plaintiff's Responses to Requests for Admission |

8